# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MOSER, ROBERT J. § Case No. 13-11614
MOSER, LEISA A. §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
     Clerk of the U.S. Bankruptcy Court
     219 S. Dearborn
     Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/25/2014 in Courtroom 240,
     United States Courthouse
     c/o Kane County Courthouse
     100 S. 3rd St., Geneva, IL 60560
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/11/2014              By: Kenneth S. Gardner
                                         Clerk of the Bankruptcy Court


JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
 §
 §
MOSER, ROBERT J.  §   Case No. 13-11614
MOSER, LEISA A.  §
 §
 Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,200.00 |
| and approved disbursements of | $ | 50.00 |
| leaving a balance on hand of[1] | $ | 6,150.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | FIFTH THIRD MORTGAGE COMPANY | $ 165,365.15 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | Fifth Third Bank | $ 25,157.20 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 6,150.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,370.00 | $ 0.00 | $ 1,370.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 49.43 | $ 0.00 | $ 49.43 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,419.43 |
| Remaining Balance | $ 4,730.57 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 62,978.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 15,179.87 | $ 0.00 | $ 1,140.21 |
| 000003 | Fifth Third Bank | $ 204.90 | $ 0.00 | $ 15.39 |
| 000005 | OAK HARBOR CAPITAL VII, LLC | $ 12,048.55 | $ 0.00 | $ 905.01 |
| 000006 | American Express Bank, FSB | $ 8,637.54 | $ 0.00 | $ 648.80 |
| 000007 | WORLD'S FOREMOST BANK | $ 3,845.66 | $ 0.00 | $ 288.86 |
| 000008 | Capital One, N.A. (Best Buy Co., Inc.) | $ 4,684.82 | $ 0.00 | $ 351.89 |
| 000009 | Portfolio Recovery Associates, LLC | $ 5,388.99 | $ 0.00 | $ 404.79 |
| 000010 | eCAST Settlement Corporation, assignee | $ 12,988.55 | $ 0.00 | $ 975.62 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,730.57 |

| | |
|---|---|
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland  
  Trustee

*JOSEPH R. VOILAND*  
*1625 WING ROAD*  
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-11614-DRC
Robert J. Moser                                                 Chapter 7
Leisa A. Moser
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: kseldon            Page 1 of 2              Date Rcvd: Mar 27, 2014
                               Form ID: pdf006          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2014.
```
db/jdb       +Robert J. Moser,    Leisa A. Moser,    36W551 Oak Hill Dr.,    Dundee, IL 60118-2514
20214760     +Aes/Nct,    1200 N 7th St,    Harrisburg, PA 17102-1419
20214761     +Allied Interstate LLC,    PO Box 4000,    Warrenton, VA 20188-4000
20214763     +American Express,    American Express Special Research,    Po Box 981540,   El Paso, TX 79998-1540
20214762     +American Express,    Corporate Headquarters,    200 Vesey Street , 44th Floor,
               New York, NY 10285-1000
20655840      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20214766     +CEP America-Illinois, P.C.,    P.O. Box 582663,    Modesto, CA 95358-0070
20214771    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195)
20214764      Cadence Health,    25 North Winfield Road,    Winfield, IL 60190
20214765     +Cap One/BestBuy,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
20740099     +Capital One, N.A. (Best Buy Co., Inc.),     c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
20214768     +Chase,   Corporate Headquarters,    270 Park Avenue,    New York, NY 10017-2070
20214769     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
20214767      Chase,   INI-0103 PO BOX 7013,    Indianapolis, IN 46207
20214770     +Citi,   Corporate Headquarters,    399 Park Ave,    New York, NY 10022-4699
20214773      Elgin Gastroenterogy,    62912 Collection Center Drive,    Chicago, IL 60693-0629
20214774      Elgin Gastroenterogy,    P.O. Box 7630,    Gurnee, IL 60031-7002
20296601     +FIFTH THIRD MORTGAGE COMPANY,    5001 KINGSLEY DR 1MOBBW,    CINCINNATI OH 45227-1114
20214775     +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 E Paris Ave Se,
               Grand Rapids, MI 49546-6253
20214776     +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave.,
               Grand Rapids, MI 49546-6253
20214777     +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave. Se,
               Grand Rapids, MI 49546-6253
20361732     +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
20214778      Fifth Third Bank,    PO Box 630479,    Cincinnati, OH 45263-0479
20214779     +Fox Valley Anes Association,    P.O. Box 1123,    Jackson, MI 49204-1123
20214780     +Gatestone & Co. International Inc.,    1000 N. West St., Suite 1200,    Wilmington, DE 19801-1058
20214781     +Kaitlin A. Moser,    36W551 Oak Hill Dr.,    West Dundee, IL 60118-2514
20214784      Northwest Suburban Imaging,    34659 Eagle Way,    Chicago, IL 60678-1346
20743169    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
20214785     +Shell Vacations Club,    60 Revere Drive, Ste 300,    Northbrook, IL 60062-1516
20214786     +Sherman Hospital,    1425 N Randall Road,    Elgin, IL 60123-2300
20214788     +Sherman Hospital,    1425 North Randall Road,    Elgin, IL 60123-2300
20214787      Sherman Hospital,    35134 Eagle Way,    Chicago, IL 60678-1351
20691139      WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,   LINCOLN, NE 68501-2609
20214790     +Worlds Foremost Bank,    4800 Nw 1st Street,    Lincoln, NE 68521-4463
21412141      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20244077      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 28 2014 01:34:08     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20214772     +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 28 2014 01:34:08     Discover Fin Svcs Llc,
               Pob 15316,    Wilmington, DE 19850-5316
20214782      Fax: 847-227-2151 Mar 28 2014 02:05:20      Medical Recovery Specialists, Inc.,
               2250 E. Devon Avenue,    Suite 352,    Des Plaines, IL 60018-4519
20495693     +E-mail/Text: bncmail@w-legal.com Mar 28 2014 01:24:47      OAK HARBOR CAPITAL VII, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
20214789      E-mail/Text: bnc@ursi.com Mar 28 2014 01:22:17      United Recovery Systems, LP,   P.O. Box 722929,
               Houston, TX 77272-2929
                                                                                               TOTAL: 5
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20402031*    +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
20214783*    +Medical Recovery Specialists, LLC,    2250 E Devon Ave Ste 352,    Des Plaines, IL 60018-4519
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: kseldon             Page 2 of 2              Date Rcvd: Mar 27, 2014
                              Form ID: pdf006           Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2014 at the address(es) listed below:
              Jessica S Naples    on behalf of Creditor    Fifth Third Mortgage Company ND-Two@il.cslegal.com
              Joseph  Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roxanna  Hipple    on behalf of Joint Debtor Leisa A. Moser rhipple@sprynet.com,
               rhipple62@gmail.com
              Roxanna  Hipple    on behalf of Debtor Robert J. Moser rhipple@sprynet.com,   rhipple62@gmail.com
              Terri M Long    on behalf of Creditor    Fifth Third Bank Courts@tmlong.com
                                                                                             TOTAL: 6
```