## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MOSER, ROBERT J. | § | Case No. 13-11614 |
| MOSER, LEISA A. | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
### ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on            , and it was converted to chapter 7 on            .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____        By:/s/JOSEPH R. VOILAND_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Chevy Suburban | 1129-000 | 6,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$** 6,200.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 E Paris Ave Se Grand Rapids, MI 49546 | | 166,255.00 | NA | NA | 0.00 |
| | Creditor #: 2 Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Grand Rapids, MI 49546 | | 25,086.31 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | FIFTH THIRD BANK | | | | | |
| 000002 | FIFTH THIRD MORTGAGE COMPANY | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Aes/Nct 1200 N 7th St Harrisburg, PA 17102 | | | | | |
| | Creditor #: 10 Citi Corporate Headquarters 399 Park Ave New York, NY 10022 | | | | | |
| | Creditor #: 11 Discover Fin Svcs Llc Pob 15316 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 12 Elgin Gastroenterogy 62912 Collection Center Drive Chicago, IL 60693-0629 | | | | | |
| | Creditor #: 13 Elgin Gastroenterogy 62912 Collection Center Drive Chicago, IL 60693-0629 | | | | | |
| | Creditor #: 14 Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Se Grand Rapids, MI 49546 | | | | | |
| | Creditor #: 15 Fox Valley Anes Association P.O. Box 1123 Jackson, MI 49204 | | | | | |
| | Creditor #: 16 Medical Recovery Specialists, Inc. 2250 E. Devon Avenue Suite 352 Des Plaines, IL 60018-4519 | | | | | |
| | Creditor #: 17 Medical Recovery Specialists, Inc. 2250 E. Devon Avenue Suite 352 Des Plaines, IL 60018-4519 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 18 Northwest Suburban Imaging 34659 Eagle Way Chicago, IL 60678-1346 | | | | | |
| | Creditor #: 19 Sherman Hospital 1425 N Randall Road Elgin, IL 60123 | | | | | |
| | Creditor #: 2 American Express Corporate Headquarters 200 Vesey Street , 44th Floor New York, NY 10285 | | | | | |
| | Creditor #: 20 Sherman Hospital 1425 N Randall Road Elgin, IL 60123 | | | | | |
| | Creditor #: 21 Sherman Hospital 1425 N Randall Road Elgin, IL 60123 | | | | | |
| | Creditor #: 22 Sherman Hospital 1425 N Randall Road Elgin, IL 60123 | | | | | |
| | Creditor #: 23 Sherman Hospital 1425 N Randall Road Elgin, IL 60123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 24 Sherman Hospital 1425 N Randall Road Elgin, IL 60123 | | | | | |
| | Creditor #: 25 Sherman Hospital 35134 Eagle Way Chicago, IL 60678-1351 | | | | | |
| | Creditor #: 26 Sherman Hospital 35134 Eagle Way Chicago, IL 60678-1351 | | | | | |
| | Creditor #: 27 Sherman Hospital 1425 North Randall Road Elgin, IL 60123 | | | | | |
| | Creditor #: 28 Worlds Foremost Bank 4800 Nw 1st Street Lincoln, NE 68521 | | | | | |
| | Creditor #: 3 Cadence Health 25 North Winfield Road Winfield, IL 60190 | | | | | |
| | Creditor #: 4 Cap One/BestBuy 26525 N Riverwoods Blvd Mettawa, IL 60045 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 5 CEP America-Illinois, P.C. P.O. Box 582663 Modesto, CA 95358-0046 | | | | | |
| | Creditor #: 6 Chase INI-0103 PO BOX 7013 Indianapolis, IN 46207 | | | | | |
| | Creditor #: 7 Chase INI-0103 PO BOX 7013 Indianapolis, IN 46207 | | | | | |
| | Creditor #: 8 Chase Corporate Headquarters 270 Park Avenue New York, NY 10017 | | | | | |
| | Creditor #: 9 Chase Corporate Headquarters 270 Park Avenue New York, NY 10017 | | | | | |
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000008 | CAPITAL ONE, N.A. (BEST BUY CO., IN | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000010 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000003 | FIFTH THIRD BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | OAK HARBOR CAPITAL VII, LLC | | | | | |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000007 | WORLD'S FOREMOST BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 13-11614 | RG | Judge: MANUEL BARBOSA |
|---|---|---|---|
| Case Name: | MOSER, ROBERT J. | | |
| | MOSER, LEISA A. | | |

For Period Ending:  03/09/14

| Trustee Name: | JOSEPH R. VOILAND |
|---|---|
| Date Filed (f) or Converted (c): | 08/08/13 (c) |
| 341(a) Meeting Date: | 09/09/13 |
| Claims Bar Date: | 01/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate - 36W551 Oak Hill Drive West Dundee | 160,000.00 | 0.00 | | 0.00 | FA |
| 2. checking acct. - Chase Bank | 200.00 | 0.00 | | 0.00 | FA |
| 3. checking acct. - Fifth Third Bank | 500.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 800.00 | 0.00 | | 0.00 | FA |
| 7. Pension - fireman | 0.00 | 0.00 | | 0.00 | FA |
| 8. 401 (k) soft surroundings | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. 2007 Chevy Suburban | 14,000.00 | 7,700.00 | | 6,200.00 | FA |
| 10. 2005 Hyandai Sonata | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. 1998 Honda Accord | 500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $182,300.00 | $7,700.00 | | $6,200.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 05/15/14        Current Projected Date of Final Report (TFR): 05/15/14

Ver: 17.05

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Document FORM 2                                                                                                                          Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-11614 -RG |
| Case Name: | MOSER, ROBERT J. |
| | MOSER, LEISA A. |
| Taxpayer ID No: | *******7376 |
| For Period Ending: | 07/06/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******2014  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 6,150.00 | | 6,150.00 |
| * | 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-003 | | 10.00 | 6,140.00 |
| * | 04/24/14 | | Reverses Adjustment OUT on 04/07/14 | BANK SERVICE FEE | 2600-003 | | -10.00 | 6,150.00 |
| | 04/25/14 | 003001 | JOSEPH R. VOILAND | | 2100-000 | | 1,370.00 | 4,780.00 |
| | | | 1625 Wing Road | | | | | |
| | | | Yorkville, IL  60560 | | | | | |
| | 04/25/14 | 003002 | JOSEPH R. VOILAND | | 2200-000 | | 49.43 | 4,730.57 |
| | | | 1625 Wing Road | | | | | |
| | | | Yorkville, IL  60560 | | | | | |
| | 04/25/14 | 003003 | Discover Bank | | 7100-000 | | 1,140.21 | 3,590.36 |
| | | | DB Servicing Corporation | | | | | |
| | | | PO Box 3025 | | | | | |
| | | | New Albany, OH 43054-3025 | | | | | |
| | 04/25/14 | 003004 | Fifth Third Bank | | 7100-000 | | 15.39 | 3,574.97 |
| | | | 9441 LBJ Freeway, Suite 350 | | | | | |
| | | | Dallas, TX 75243 | | | | | |
| | 04/25/14 | 003005 | OAK HARBOR CAPITAL VII, LLC | | 7100-000 | | 905.01 | 2,669.96 |
| | | | C O WEINSTEIN AND RILEY, PS | | | | | |
| | | | 2001 WESTERN AVENUE, STE 400 | | | | | |
| | | | SEATTLE, WA 98121 | | | | | |
| | 04/25/14 | 003006 | American Express Bank, FSB | | 7100-000 | | 648.80 | 2,021.16 |
| | | | c o Becket and Lee LLP | | | | | |
| | | | POB 3001 | | | | | |
| | | | Malvern, PA 19355-0701 | | | | | |
| | 04/25/14 | 003007 | WORLD'S FOREMOST BANK | | 7100-000 | | 288.86 | 1,732.30 |
| | | | CABELA'S CLUB VISA | | | | | |
| | | | PO BOX 82609 | | | | | |
| | | | LINCOLN, NE 68501-2609 | | | | | |
| | 04/25/14 | 003008 | Capital One, N.A. (Best Buy Co., Inc.) | | 7100-000 | | 351.89 | 1,380.41 |

Page Subtotals            6,150.00          4,769.59

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 13-11614  -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | MOSER, ROBERT J. | Bank Name: | Associated Bank |
| | MOSER, LEISA A. | Account Number / CD #: | *******2014  Checking Account |
| Taxpayer ID No: | *******7376 | | |
| For Period Ending: | 07/06/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/25/14 | 003009 | c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | 7100-000 | | 404.79 | 975.62 |
| 04/25/14 | 003010 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | | 7100-000 | | 975.62 | 0.00 |

|  | | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 6,150.00 | 6,150.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 6,150.00 | 0.00 | |
| Subtotal | | 0.00 | 6,150.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 6,150.00 | |

| | Page Subtotals | 0.00 | 1,380.41 |
|---|---|---|---|

Ver: 17.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-11614 -RG | |
| Case Name: | MOSER, ROBERT J. | |
| | MOSER, LEISA A. | |
| Taxpayer ID No: | *******7376 | |
| For Period Ending: | 07/06/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0168  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/23/13 | 9 | ROBERT J. MOSER / FIRST AM. BANK 36W551 OAK HILL DR. DUNDEE, IL  60118 | | 1129-000 | 6,200.00 | | 6,200.00 |
| 12/01/13 | cb | | bank service fee | 2600-000 | | 10.00 | 6,190.00 |
| 12/31/13 | cb | | bank service fee | 2600-000 | | 10.00 | 6,180.00 |
| 01/31/14 | cb | | bank service fee | 2600-000 | | 10.00 | 6,170.00 |
| 02/28/14 | cb | | bank service fee | 2600-000 | | 10.00 | 6,160.00 |
| 03/11/14 | cb | | bank service fee | 2600-000 | | 10.00 | 6,150.00 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 6,150.00 | 0.00 |

|  | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 6,200.00 | 6,200.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 6,150.00 | |
| Subtotal | 6,200.00 | 50.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,200.00 | 50.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******2014 | 0.00 | 6,150.00 | 0.00 |
| Checking Account - *******0168 | 6,200.00 | 50.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,200.00 | 6,200.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    6,200.00    6,200.00

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*